STATE v. WILLIAMSON

No. 199P96

Case below: 122 N.C. App. 229

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.

STATE EX REL. ALBERMARLE CHILD
SUPPORT ENF. v. LAMBERT

No. 141P96

Case below: 344 N.C. 443

121 N.C. App. 628

Motion pro se by defendant (Lambert) for reconsideration or order denying notice of appeal and petition for discretionary review dismissed 10 October 1996.

STOUT v. CITY OF DURHAM

No. 156PA96

Case below: 121 N.C. App. 716

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 10 October 1996.

TOWN OF SPRUCE PINE v. AVERY COUNTY

No. 431A96

Case below: 123 N.C. 704

Petition by Attorney General for writ of supersedeas allowed 2 October 1996. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 10 October 1996.